UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 16092
    OTIS J WILLIAMS
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3093

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/04/2007 and was not confirmed.

      The case was dismissed without confirmation 11/19/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 32199.66 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES INC | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL MGMT SVCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 274.58 | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL MGMT SVCS | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 16760.69 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 11075.47 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 611.50 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 16092 OTIS J WILLIAMS

```
PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                        ---------------    ---------------
TOTALS                             .00                 .00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
      Dated: 02/26/08          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE